Case: 1:21-cv-03580 Document #: 1 Filed: 07/06/21 Page 1 of 8 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DEBORAH ANNLIS POOLE

_____

_____

(Name of the plaintiff or plaintiffs)

v.

UNITED STATES POSTAL SERVICE

EMMANUAL J THOMAS

(Name of the defendant or defendants)

(POSTMASTER)

CIVIL ACTION

**RECEIVED**

JUL 06 2021 ⊄

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:21-cv-03580
Judge Thomas M. Durkin
Magistrate Judge Gabriel A. Fuentes

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is DEBORAH A POOLE of the county of Cook in the state of IL.

3. The defendant is USPS, POSTMASER EMMANUAL J THOMAS, whose street address is 611 LANDMEIR RD, Elk grove village IL
   (city) EG VILLAGE (county) Cook (state) IL (ZIP) 60007
   (Defendant's telephone number) (847)-253-7928 — ARLINGTON Heights OFFICE

4. The plaintiff sought employment or was employed by the defendant at (street address) USPS
   611 LANDMEIR RD (city) ELKGROVE VILLAGE, IL 60007
   (county) Cook (state) IL (ZIP code) 60007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☒ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) ~~JAN~~ JUNE , (day) ~~18~~ 8 , (year) ~~2014~~ 2021 .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has* ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about

   (month)_____ (day)_____ (year)_____.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☒ Yes (month) __1__ (day) __18__ (year) __2017__

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) __JUNE__ (day) __4__ (year) __2020__.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination, __SEE CASE EEOC 440-2018-0053__

☐ Yes ☒ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes ☒ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☒ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
 (a) ☐ failed to hire the plaintiff.

 (b) ☐ terminated the plaintiff's employment.

 (c) ☐ failed to promote the plaintiff.

 (d) ~~☒~~ failed to reasonably accommodate the plaintiff's religion.

 (e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

 (f) ☒ failed to stop harassment;

 (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

 (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

The DEFENDENT REFUSED Employment AND PRIOR RETALIATED BY SENDING PLANTIFF multiple times without PAY FOR FALSE REASONS, FAILED TO ACCOMODATE AS RECENT AS June 8 2021, SEE EEOC CASE # 440-2018-00553

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a)  ☐  Direct the defendant to hire the plaintiff.

    (b)  ☐  Direct the defendant to re-employ the plaintiff.

    (c)  ☐  Direct the defendant to promote the plaintiff.

    (d)  ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)  ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f)  ☐  Direct the defendant to (specify): _____

    _____

    _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

*Deborah Poole*
(Plaintiff's signature)

DEBORAH A POOLE
(Plaintiff's name)

8 BOXWOOD Court
(Plaintiff's street address)

(City) Streamwood (State) IL (ZIP) 60107

(Plaintiff's telephone number) (312) - 918-5066

Date: July 6, 2021

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

**Johnson, Monica S - Des Plaines, IL**

**From:** Wallace Jr, Harry L
**Sent:** Wednesday, January 18, 2017 3:28 PM
**To:** Johnson, Monica S - Des Plaines, IL
**Subject:** RE: POOLE

Thanks for the urgent tip. I will contact the Inspection Service for them to be on an alert. Will have to keep our open.

---

**From:** Johnson, Monica S - Des Plaines, IL
**Sent:** Wednesday, January 18, 2017 10:07 AM
**To:** Thomas, Emmanuel J - Arlington Heights, IL
**Cc:** Wallace Jr, Harry L
**Subject:** POOLE

Gentlemen

A carrier just approached me and told me I have a target on my back. He stated that Debbie Poole is acting very erratically and he is worried that she might bring a gun in here.
He states he is worried for his own safety as well as others. He states he is willing to write a statement to that affect as long as Debbie wont know that he did. He is ok if Management knows.

Debbie Poole walked up to me this morning and told me that I stabbed an employee with a pencil and she was afraid of me. Then went and called the Police report number 17-609.

Monica Johnson
SCS



RECEIVED
MAY 27 '17
EEO DISPUTE RESOLUTION
CENTRAL ILLINOIS DISTRICT



EXHIBIT 4
Johnson

1

Counselor's Report

Office of Workers' Compensation Programs

**Employee Statement** - Please carefully read instructions on reverse before filling out this form.

1. Name of Employee: (Last, First, Middle): Poole, Deborah
2. SSN: 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
3. OWCP File Number: 102128342
4. Period Covered by This Form: From: 1-23-17 To: 2-3-17
5. Total Hours Claimed for LWOP: ___ for Leave BuyBack: ___

6. In "Type of Leave Used" column, use codes "S" = Sick, "A" = Annual, "O" = Other. If Compensation is claimed f date, indicate "Yes" in "Compensation Claimed" column.

| Date(s) | Compensation Claimed? | Number of Hours | | | Type of Leave Used | Reason for Leave Use/Remarks (e.g., doctor visit, therapy, etc.) |
|---|---|---|---|---|---|---|
| | | LWOP | Worked | Hol | Leave | | |
| 1-23-17 | No | | 8 | | | | |
| 1-24-17 | " | | 8 | | | | |
| 1-25-17 | " | | 8 | | | | |
| 1-26-17 | " | | 8 | | | | |
| 1-27-17 | | | 8 | | | | |
| 1-28-17 | yes | | 7.41 | | .59 | LWOP | Employee states NWA |
| 1-31-17 | | | | | 8 | | Emergency LWOP Pending Termination |
| 2-1-17 | | | | | 8 | | " " |
| 2-2-17 | | | | | 8 | | " " |
| 2-3-17 | | | | | 8 | | " " |
| Totals | | | 39.41 | | 40.59 | | |

Signature of Claimant: ___
Date Signed: ___

7. Agency Statement/Certification: I certify the above is accurate, except as follows: Agency prepared Analysis. Employee states NWA But Employer has placed Employee in Emergency LWOP STATUS PENDING TERMINATION - UNRELATED TO INJURY

Signature of Agency Official: [signature] Alicia Vz
Date Signed: 2-15-17

Form CA-7
June 199