# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Deborah Poole,

Plaintiff(s),

v.

United States Postal Service et al,

Defendant(s).

Case No. 1:21-cv-03580
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: The Court ordered that failure to pay the filing fee by January 31, 2022 would result in dismissal of the case. That date has now passed, and no payment has been received. Accordingly, Ms. Poole's complaint is dismissed without prejudice. L.R. 3.3(f).

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☐ decided by Judge          on a motion

Date: 2/1/2022                                    Thomas G. Bruton, Clerk of Court

                                                  E. Wall, Deputy Clerk